**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **JAMES BOYD, ID # 01171419,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | No. 3:15-CV-0845-P |
| ) | |
| **OFFICER WHITE,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court hereby **DENIES** plaintiff's application to proceed *in forma pauperis* (doc. 5). By separate judgment, the Court summarily dismisses this action as barred by 28 U.S.C. § 1915(g).

**SIGNED this 18th day of May, 2015.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**